IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID GENE LANCASTER, | ) | No. C 10-1418 MMC (PR) |
| | ) | |
| Petitioner, | ) | **ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME** |
| | ) | |
| vs. | ) | |
| | ) | |
| B. CURRY, Warden, | ) | (Docket No. 4) |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

GOOD CAUSE APPEARING, respondent's motion for an extension of time to file a response to the petition is hereby GRANTED. Respondent shall file a response to the petition no later than March 11, 2011. Within **thirty** days of the date such response is filed, petitioner shall file with the Court and serve on respondent a responsive pleading thereto. If respondent files a motion to dismiss, respondent <u>shall</u> file a reply to petitioner's opposition within **fifteen** days of the date such opposition is filed.

This order terminates Docket No. 4.

IT IS SO ORDERED.

DATED: January 21, 2011

_____
MAXINE M. CHESNEY
United States District Judge