IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID GENE LANCASTER,

       Petitioner,

  v.

BEN CURRY, Warden,

       Respondent.
                                   /

No. CV-10-1418 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    Respondent's motion to dismiss the petition is hereby GRANTED.

    A certificate of appealability is hereby DENIED.

Dated: April 21, 2011

Richard W. Wieking, Clerk

By: Tracy Lucero
Deputy Clerk